Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
        kbarlow@greeneinfusolaw.com

Attorneys for Defendant
National Consumer Telecom & Utilities Exchange, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SILVA, | Case No. 2:21-cv-01958-JCM-NJK |
|     Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL OF RECORD** |
| NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; COMCAST CABLE COMMUNICATION MANAGEMENT, LLC. | |
|     Defendants. | |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE") hereby substitutes:

    Michael V. Infuso, Esq., Nevada Bar No. 7388
    Keith W. Barlow, Esq., Nevada Bar No. 12689
    **Greene Infuso, LLP**
    3030 S. Jones Blvd. Suite 101,
    Las Vegas, NV 89146,
    Telephone: (702) 570-6000
    Facsimile: (702) 463-8401
    E-mail: minfuso@greeneinfusolaw.com
           kbarlow@greeneinfusolaw.com

As attorneys of record in place and stead of:

    **JEREMY J. THOMPSON**
    Clark Hill PLLC
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas Nevada 89169

1

1 DATED this _____ day of December, 2021.

2
National Consumer Telecom & Utilities Exchange, Inc.

By: *(signature)* Alan Mone

Its: Executive Director

6 I consent to the above substitution.

7 DATED this ___ day of December, 2021.

CLARK HILL PLLC

*(signature)*

Jeremy J. Thompson
3800 Howard Hughes Parkway Suite 500
Las Vegas, Nevada 89169

13 I am duly admitted to practice in the United States District Court, District Court of
14 Nevada. National Consumer Telecom & Utilities Exchange, Inc. has RETAINED the law firm of
15 Greene Infuso, LLP as its counsel.

16 Above substitution is accepted.

17 DATED this ___ day of December 2021.

GREENE INFUSO, LLP

*(signature)*

Michael V. Infuso, Esq. Nevada Bar No. 7388
Keith W. Barlow, Esq. Nevada Bar No. 12689
3030 South Jones Blvd. Suite 101
Las Vegas, Nevada 89146

IT IS SO ORDERED.
Dated: December 8, 2021

.
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

2