Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel: (702) 471-7000
Fax: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com

*Attorney for Defendant*
*Comcast Cable Communication*
*Management, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; and COMCAST COMMUNICATION MANAGEMENT, LLC,<br><br>    Defendants. | CASE NO. 2:21-cv-01958-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT COMCAST CABLE COMMUNICATION MANAGEMENT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Second Request) |

Plaintiff David Silva and Defendant Comcast Cable Communications Management. LLC[1,2] stipulate and agree that Comcast has up to and including January 18, ~~2021~~ 2022 to respond to Plaintiff's Complaint (ECF No. 1), to provide Comcast an additional 30 days to investigate Plaintiff's allegations and for Comcast to prepare a response. The current deadline to file a response is December 16, 2021. Therefore, pursuant to LR IA 6-1, this stipulation is timely filed.

---

[1] Plaintiff misnamed named Comcast as Comcast Cable Communication Management, LLC by leaving the "s" off "Communications" in its name. Comcast's proper name is Comcast Cable Communications Management, LLC.

[2] By filing this Stipulation, Comcast is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMFIRM #400823489 v1

This is the second request for an extension of time for Comcast to respond to the Complaint, and it is made in good faith and not for purposes of delay. Instead, this brief, additional extension will provide Comcast sufficient time to investigate certain further information that may allow the parties to determine an early resolution of Plaintiff's claims. The extension also brings Comcast's response deadline in line with the response deadline for co-defendant National Consumer Telecom & Utilities Exchange, Inc.

Dated: December 10, 2021

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Maria A. Gall<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Comcast Cable Communication Management, LLC* | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway<br>Suite 106<br>Las Vegas, Nevada 89123<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 South Eastern Avenue, Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2021